

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00052-CR

Carli **MCGAA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1004
Honorable Ray Olivarri, Judge Presiding

# O R D E R

     Appellant has filed a motion for leave to hand-file a paper copy of a motion for extension of time to file appellant's brief.

     Except for good cause shown, all pleadings filed by attorneys in criminal cases must be electronically filed. TEX. R. APP. P. 9.2(c)(1). Appellant's motion for leave states only that he "has been unable to e-file" the motion for extension of time and does not attempt to show any good cause. Nevertheless, we will **grant** the motion for leave to file the First Agreed Motion to Extend Time to File Appellant's Brief on paper. **Counsel is advised that all subsequent motions and appellant's brief must be electronically filed**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court